IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KARTHIK SARAVANAN | : CIVIL ACTION |
| v. | : |
| | : NO. 17-3409 |
| DREXEL UNIVERSITY | : |

## ORDER

**AND NOW**, this 10th day of October 2017, upon considering Defendant's Motion to dismiss the complaint (ECF Doc. No. 7), Plaintiff's Response (ECF Doc. No. 11) voluntarily dismissing Counts VII (estoppel and reliance), IX (negligence) and X (negligent infliction of emotional distress) and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion (ECF Doc. No. 7) is **GRANTED** and **Counts VII, IX and X are dismissed with prejudice upon consent** and the remainder of the Complaint is **DISMISSED without prejudice** for Plaintiff to file an amended complaint of no more than fifty (50) factual allegations followed by good faith claims consistent with Federal Rules of Civil Procedure 8, 11 and the accompanying Memorandum on or before **October 24, 2017**.

KEARNEY, J.