# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| KARTHIK SARAVANAN | : CIVIL ACTION |
|---|---|
| v. | : |
| | : NO. 17-3409 |
| DREXEL UNIVERSITY | : |

## ORDER

AND NOW, this 24th day of November 2017, upon considering Defendant's Motion to dismiss (ECF Doc. No. 15), Plaintiff's Response (ECF Doc. No. 16) and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion (ECF Doc. No. 15) is **GRANTED in part** and **DENIED in part**:

1. Defendant's Motion is denied as to Plaintiff's erroneous outcome theory based on gender bias under Title IX and his breach of contract and deceptive trade practices claims with Defendant answering these remaining claims no later than **December 8, 2017**; and,

2. Defendant's Motion is granted as to Plaintiff's remaining theories under Title IX and his Title VI and Section 1981 claims.

KEARNEY, J.