IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KARTHIK SARAVANAN, | : |
| Plaintiff, | : |
| v. | : C.A. No. 17-3409 |
| DREXEL UNIVERSITY, | : |
| Defendant. | : |

## STIPULATED VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff hereby dismisses this action WITH PREJUDICE. All parties stipulate to the dismissal.

/s/ Michael E. Baughman
Michael E. Baughman, Esquire
baughmam@pepperlaw.com
Hedya Aryani, Esquire
aryanih@pepperlaw.com
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Telephone: 215.981.4000

**Attorneys for Defendant**

Dated:  January 26, 2018

Raul Jauregui
Jauregui Law Office
720 Arch Street
PO Box 861
Philadelphia, PA 19107
(215) 559-9285
Raul.Jauregui@gmail.com

**Attorney for Plaintiff**

## CERTIFICATE OF SERVICE

I, Raul Jauregui, hereby certify that on January 26, 2018, I served a true and correct copy of the foregoing Stipulated Voluntary Dismissal Prusuant to 41(a)(1)(A)(ii), via the Court's electronic filing system and via eletronic mail, upon the following persons:

>Michael E. Baughman, Esquire
>baughmam@pepperlaw.com
>Hedya Aryani, Esquire
>aryanih@pepperlaw.com
>PEPPER HAMILTON LLP
>3000 Two Logan Square
>Philadelphia, PA 19103-2799
>
>**Attorneys for Defendant**

>Raul Jauregui, Esquire
>Jauregui Law Office
>720 Arch Street
>PO Box 861
>Philadelphia, PA 19107
>(215) 559-9285
>Raul.Jauregui@gmail.com
>
>**Attorney for Plaintiff**